**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2137**

_____

DAVID C. CORSON,

                Plaintiff - Appellant,

        v.

PAUL A. MATTOX, JR., Secretary of Transportation, WV
Department of Transportation; ROGER PROPST, Superintendent
of Schools, Calhoun County Board of Education,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (1:09-cv-00065-IMK-JSK)

_____

Submitted:  January 18, 2011        Decided:  January 25, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David C. Corson, Appellant Pro Se.   David Lee Wyant, BAILEY &
WYANT, PLLC, Wheeling, West Virginia; Jeffery D. Taylor, ROSE
PADDEN & PETTY, LC, Fairmont, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David C. Corson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corson v. Mattox, No. 1:09-cv-00065-IMK-JSK (N.D.W. Va. Sept. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED